UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER SMITH,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

CASE NO. 3:20-cv-05494-JRC

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF
TIME TO FILE ADMINISTRATIVE
RECORD

This matter is before the Court on defendant's motion to extend the time in which to file the Administrative Record ("AR") in light of the COVID-19 outbreak's impact on the Commissioner's operations. *See* Dkt. 15. Based on defendant's motion and that plaintiff has no opposition, the Court will grant the request. The AR is due December 11, 2020. If the AR becomes available to the Office of General Counsel before December 1, 2020, defendant shall file the AR within 10 days of when it becomes available.

Dated this 5th day of November, 2020.

J. Richard Creatura
United States Magistrate Judge